**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

December 17, 2008

**LETTER ORDER**

Re:   **Daytop Village v. Cianci**
      **Civil Action No. 08-3298 (HAA)**

Dear Counsel:

Please be advised that a telephone status conference is scheduled before the Undersigned on **January 5, 2009 at 12:00 p.m.** with counsel for the Plaintiff initiating the call.

SO ORDERED.

*s/Esther Salas*
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**